UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:12-CR-112 |
| v. | ) | |
| | ) | JUDGE VARLAN |
| TONY EDWIN MCCLURG | ) | |

UNITED STATES' SENTENCING MEMORANDUM

The United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, hereby files this Sentencing Memorandum and states that it has no additional information to add apart from that which is contained in the Presentence Investigation Report. The United States requests that the Court impose the agreed-upon sentence in this case. However, the United States reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and as the Court permits.

Respectfully submitted this 13th day of February, 2013.

                                                WILLIAM C. KILLIAN
                                              UNITED STATES ATTORNEY

By:    *s/ Kelly A. Norris*
        Kelly A. Norris
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167

## CERTIFICATE OF SERVICE

       I hereby certify that on February 13, 2013, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                            *s/ Kelly A. Norris*
                                            Kelly A. Norris
                                            Assistant United States Attorney