UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - SENTENCING
February 27, 2013

United States of America vs. Tony Edwin McClurg
Case No. 3:12-cr-00112-1

Present before the Honorable Thomas A. Varlan, Chief United States District Judge

| Julie Norwood | Jolene Owen | Joe Cuccia |
|---|---|---|
| Courtroom Deputy | Court Reporter | U.S. Probation Officer |

| Kelly Norris | Paula Voss |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |

Proceedings: Imposition of Judgment and Sentence
- Defendant Sworn
- Certified Copies of Prior Criminal Convictions

Court Pronounces Judgment as Follows:
- 180 Months Imprisonment as to count Count 1 of the Indictment
- 3 years Supervised Release
- Special Assessment in the amount of $100.00
- The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine
- Court Recommendation: 500 hrs of substance abuse treatment by BOP and designation to Manchester or Beckley
- Defendant shall remain in the custody of U. S. Marshal

Time: 11:00 to 11:25