# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 18, 2020

Mr. John L. Medearis
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

           Re:  Case No. 17-6495, *USA v. Tony McClurg*
                 Originating Case No. : 3:12-cr-00112-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                         Sincerely yours,

                                         s/Maddison R Edelbrock
                                         For Cheryl Borkowski

cc:  Ms. Debra A. Breneman
      Ms. Jennifer Niles Coffin
      Mr. Luke A. McLaurin
      Ms. Erin P. Rust

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-6495

_____

Filed: June 18, 2020

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

TONY EDWIN MCCLURG

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/29/2020 the mandate for this case hereby issues today.

COSTS: None